■ JOHN CRANE v CITY OF NEW YORK et al. — Motion for leave to appeal to the Court of Appeals granted. The order of this court entered on June 28, 1984 (102 AD2d 1018) is vacated. Concur — Ross, J. P., Carro, Bloom, Milonas and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v HENRY COREY. — Motion granted, and the new judgment of conviction rendered on August 5, 1982 affirmed. Concur — Sandler, J. P., Carro, Bloom and Milonas, JJ.